**Anthony L. ODOM, Plaintiff— Appellant,**

v.

**Lance P. FORSYTHE, Superintendent; Dr. Ofagh; Nurse Justice, Defendants—Appellees.**

No. 07–6167.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 6, 2007.

Anthony L. Odom, Appellant Pro Se.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony L. Odom appeals the district court's order denying relief on his Fed. R.Civ.P. 60(b) motion seeking reconsideration of the court's prior dismissal of his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Odom v. Forsythe,* No. 1:06–cv–00802–TSE (E.D. Va. filed Jan. 16, 2007 & entered Jan. 18, 2007). We dispense with oral argument because the facts and legal contentions are ade-

quately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*